**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TANYA TENNYSON,

        Plaintiff,

v.                                                  Case No. 6:13-cv-1387-Orl-37GJK

LISA T. MUNYON; DAVID A. BAKER;
MARY S. SCRIVEN; G. KENDALL
SHARP; MARTIN BANDIER; JOHN
LOFRUMENTO; DEL BRYANT; and
GARY CHURGIN,

        Defendants.

**ORDER**

This cause is before the Court on the following:

1. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 14), filed November 18, 2013; and

2. Plaintiff's Objection to Report and Recommendation of Magistrate Gregory Kelly and Plaintiff's Motion for Magistrate Judge Kelly's Removal (Doc. 16), filed December 2, 2013.

**BACKGROUND**

Plaintiff, appearing *pro se*, brings this action against a collection of state and federal judges and business executives. (*See* Doc. 1.) As Magistrate Judge Kelly aptly described, "[t]he gravamen of the Complaint is that the defendants conspired to deprive [Plaintiff] of due process in prior cases, in which she sought an award of royalties for her father's work." (Doc. 14, p. 3.) Plaintiff moved to proceed *in forma pauperis*. (Doc. 2.) After reviewing Plaintiff's case pursuant to 28 U.S.C. § 1915, Magistrate Judge Kelly

recommends that the Court dismiss Plaintiff's Complaint as frivolous. (Doc. 14, p. 7.) Plaintiff objects. (Doc. 16.) This matter is now ripe for the Court's adjudication.

## STANDARDS

When a party objects to a magistrate judge's findings, the district court must "make a de novo determination of those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The district court must consider the record and factual issues based on the record independent of the magistrate judge's report. *Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

## DISCUSSION

Having conducted an independent, *de novo* review of the record, including the recommendation and Plaintiff's objection, the Court agrees with Magistrate Judge Kelly entirely and therefore adopts the Report and Recommendation (Doc. 14) in full. The Court finds that Plaintiff's "claims of an ongoing, systematic conspiracy" are frivolous; they are baseless and largely barred by absolute judicial immunity. (*See id.* (citing *Bolin v. Story*, 225 F.3d 1234, 1239 (11th Cir. 2000).) Accordingly, Plaintiff's objection is due to be overruled.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Objection to Report and Recommendation of Magistrate Gregory Kelly and Plaintiff's Motion for Magistrate Judge Kelly's Removal (Doc. 16),

      insofar as it objects to the Report and Recommendation (Doc. 14), is **OVERRULED**. Insofar as it seeks other relief, it is **DENIED**.

2. Magistrate Judge Kelly's Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

4. All pending motions are **DENIED**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 31, 2013.

*[Signature]*

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record